into same, having received no reply in over a month, and asked for corrected bill for sample and duplicate bill for shipment of June twelfth, claimed to have been lost, so that it might clear the account. But it had received plaintiff's bill, sent July eighth, for the amount of the claim, and had also received the letter of July twenty-first at that time. And the transaction was off and had been for nine days. Therefore, plaintiff is entitled to judgment.

AMERICAN LA FRANCE FIRE ENGINE COMPANY, INC., Respondent, v. SAVAGE ARMS CORPORATION, Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements.

ETTA H. EDMONDS, Respondent, v. ALFRED McDERMOTT, Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements. Van Kirk, J., not sitting.

CHARLES F. ECKERT, JR., Appellant, v. ALICE M. PRESLER, as Sole Administratrix, etc., of MERENUS A. PRESLER, Deceased, Respondent.— Judgment unanimously affirmed, with costs.

IDA GOLDBERG and MAC FISCH, Respondents, v. SOLOMON LEVINE, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, upon the authority of Behrens v. Sturges (121 App. Div. 746); Beman v. Todd (124 N. Y. 114); Burkhardt v. Sanford (7 How. Pr. 329, 334). All concur.

ELMER E. KNIGHT, Respondent, v. SHERMAN BROWN and HATTIE BROWN, Appellants.— Judgment affirmed, with costs, upon the former decision of this court (162 App. Div. 438). All concur.

FRED LACEY, Respondent, v. WALKER D. HINES, Director-General of Railroads, Successor in Office of WILLIAM G. McADOO, Director-General of Railroads. THE LEHIGH VALLEY RAILROAD COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs.

In the Matter of the Application and Petition of JOHN F. GALVIN and Others, Constituting the Board of Water Supply of the City of New York, to Acquire Real Estate for and on Behalf of the City of New York under Chapter 724 of the Laws of 1905 and the Acts Amendatory Thereof, in the Towns of Shandaken, County of Ulster; Lexington and Prattsville, County of Greene; Roxbury, County of Delaware, and Gilboa and Conesville, County of Schoharie, State of New York, for the Purpose of Providing an Additional Supply of Pure and Wholesome Water for the Use of the City of New York, Respondent. TRI-COUNTY LIGHT AND POWER COMPANY, Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of WILLIAM SHAMBEAU for Compensation under the Workmen's Compensation Law, Respondent, v. ROBESON PROCESS COMPANY, Employer, and AMERICAN MUTUAL LIABILITY INSURANCE COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of FRED SCHANZENBACH, for Compensation under the Workmen's